**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

**FLATTUM, Johnathon Page,**

Debtor.

No. 14-41496

**AGREED ORDER ON OBJECTION TO CLAIM #5 OF BANK OF AMERICA, N.A.**

This matter having come on duly and regularly before the abovesigned Judge of the above entitled Court and the Court being duly advised in the premises,

NOW, THEREFORE, IT IS HEREBY

1. ORDERED that Bank of America, N.A. shall reduce the trustee fee on its proof of claim (#5) from $1,500 to $900. An amended proof of claim shall be filed with the court reflecting the reduction within fourteen (14) days of the entry of this order.

2. ORDERED that the hearing set on this objection for August 20, 2014, is hereby stricken.

Presented by:

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Attorney for Debtor

ORDER ON OBJECTION TO CLAIM - 1

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Ave S, Bldg F
PO Box 3949
Federal Way, WA 98063-3949
(253) 941-0476 Fax: 941-0234

Agreed as to Form and Content;
Notice of Presentation Waived:

/s/ Nathan F. Smith
Nathan F. Smith, WSBA #43160
Attorney for Bank of America, N.A.

**CHAPTER 13 TRUSTEE**

David M. Howe, Trustee

ORDER ON OBJECTION TO CLAIM - 1

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Ave S, Bldg F
PO Box 3949
Federal Way, WA 98063-3949
(253) 941-0476  Fax: 941-0234

Case 14-41496-BDL    Doc 37    Filed 08/05/14    Ent. 08/05/14 15:46:45    Pg. 2 of 2